1  David W. Calfee III, SBN 052035
   CALFEE | KONWINSKI, PC
2  611 North Street
3  Woodland, CA 95695

4  Telephone: (530) 666-2185
   Facsimile (530) 666-3123
5

6  Attorneys for Shirley Heinrich

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 SHIRELY HEINRICH,                        Case No. C 07-01718SC

12         Plaintiff,                       STIPULATION BY PARTIES TO CONTINUE
                                            CASE MANAGEMENT CONFERENCE
13     vs.                                    Order

14 TARGET CORPORATION,
                                            Complaint Filed: November 17, 2006
15         Defendant.

16

17         It is hereby stipulated by and between the Plaintiff Shirley Heinrich and Defendant

18 Target Store, a division of Target Corporation, through their respective counsel to continue the Case

19 Management Conference currently schedule for October 17, 2007 to **November 21, 2007 at 1:30**

20 **p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate

21 Avenue, San Francisco, California, 94102.  A Joint Case Management Statement shall be filed by

22 November 14, 2007.

23 Dated: 10/9/2007                         CALFEE | KONWINSKI
                                            A Professional Corporation
24

25                                          By: [signature]
26                                          David W. Calfee III
                                            Attorneys for Plaintiff
27                                          SHIRLEY HEINRICH

28

1  Dated: 10/9/07

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gail T.
Gail C. Trabish
Attorneys for Defendant
TARGET STORES, a division of Target Corporation

8  IT IS SO ORDERED:

IT IS SO ORDERED
Judge Edward M. Chen

Edward M. Chen
U.S. Magistrate