David W. Calfee III, SBN 052035
CALFEE | KONWINSKI, PC
611 North Street
Woodland, CA 95695

Telephone: (530) 666-2185
Facsimile (530) 666-3123

Attorneys for Shirley Heinrich

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRELY HEINRICH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. C 07-01718SC<br><br>STIPULATION FOR DISMISSAL AND ORDER<br>FRCP Rule 41(a)<br><br>Complaint Filed: November 17, 2006 |

　　　　Pursuant to the an agreement between the parties, plaintiff Shirley Heinrich and defendant Target Corporation request that the above captioned action be dismissed with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys fees and costs.

Dated: 11-8-07

　　　　　　　　　　　　　　　　　　　　CALFEE | KONWINSKI
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　David W. Calfee III
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

| | |
|---|---|
| Dated: 11/8/07 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation<br><br>By: _____<br>Gail C. Trabish<br>Attorneys for Defendant<br>TARGET STORES, a division of Target Corporation |

ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: November 14, 2007

_____
Magistrate Judge Edward M. Chen
U.S. D...

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL AND ORDER – Case No. 2:07-CV-01718 SC     2